MICHAEL A. ISAACS, State Bar No. 99782
Michael.Isaacs@dentons.com
ANDREW S. AZARMI, State Bar No. 241407
Andrew.Azarmi@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:  415.267.4000
Facsimile:  415.267.4198

Attorneys for Plaintiff Janina M. Hoskins

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MONICA H. HUJAZI,<br><br>Debtor. | Case No: 13-30477 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel |
| JANINA M. HOSKINS, Trustee,<br><br>Plaintiff<br><br>v.<br><br>MONICA HUJAZI,<br><br>Defendant. | Adversary Proceeding No. 17-03087 HLB<br><br>**CERTIFICATE OF SERVICE** |

I, Winifred K. Owen, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Dentons US LLP, One Market Plaza, Spear Tower, 24th Floor, California 94105.

On the date of execution hereof, at my place of business, I served copies of the following:

**Complaint For Denial of Discharge (11 U.S.C. §727)**

**Summons and Notice of Scheduling Conference in an Adversary Proceeding**

106023956\V-1

Order Re Initial Disclosures and Discovery Conference

Notice to Plaintiff

Bankruptcy Dispute Resolution Program Information Sheet

on the parties listed below:

☒ **BY MAIL:** By placing a true copy in an envelope addressed as shown to the parties below. I am familiar with the Dentons US LLP practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

**PARTIES SERVED**

| Bradley Kass | Monica H. Hujazi |
|---|---|
| Kass & Kass Law Offices | 911 N. Amphlett Blvd. |
| 520 S. El Camino Real, #810 | San Mateo, CA 94401 |
| San Mateo, CA 94402 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 18, 2017, in San Francisco, California.

*W. Owen*
WINIFRED K. OWEN